# EXHIBIT 1

## COVAHEY, BOOZER, DEVAN, & DORE, P. A.

ATTORNEYS AT LAW
ANNEX OFFICE

EDWARD C. COVAHEY, JR.
F. VERNON BOOZER *
MARK S. DEVAN
THOMAS P. DORE
MICHAEL T. PATE

606 BALTIMORE AVENUE
SUITE 302
TOWSON, MARYLAND 21204
AREA CODE 410
828-5525

MAIN OFFICE
614 BOSLEY AVENUE
TOWSON, MD. 21204

*ALSO ADMITTED TO D.C. BAR

FAX 410-296-2131

July 8, 2004

William A. Dorsey
Angela D. Dorsey
4404 Adelle Terrace
Baltimore, MD 21229

Re: 4404 Adelle Terrace
    # 5339314

As you requested, this is to confirm that the amount necessary to reinstate the mortgage account for the above-captioned property is $33,132.12 as follows:

| | |
|---|---|
| 5 payments @ $ 999.78 ( 4/1/02-8/1/02) | $ 4,998.90 |
| 23 payments @ $1,022.39 ( 9/1/02-7/1/04) | 23,514.97 |
| Late Charges | 1,698.98 |
| Suspense | 182.24 |
| Mtgr Rec Corp Adv | 406.29 |
| Foreclosure fees and costs | 2,694.32 |
| Total | $ 33,132.12 |

Funds must be in our office by July 27, 2004 in the form of a cashier's check, money order, or attorney's escrow check payable to Covahey, Boozer, Devan & Dore, P.A.

**ISSUANCE OF THIS STATEMENT DOES NOT STOP THE FORECLOSURE PROCEEDINGS. THE FORECLOSURE WILL PROCEED UNTIL OUR OFFICE HAS RECEIVED FULL REINSTATEMENT FUNDS. ADDITIONAL COSTS MAY BE INCURRED IF YOU FAIL TO PAY BY THE DATE SPECIFIED ABOVE.**

Very truly yours,

COVAHEY, BOOZER, DEVAN & DORE, P.A.

Renee Buchwald

05 1144

**FILED**

JUN - 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

"THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED AS A RESULT HEREOF WILL BE USED FOR THAT PURPOSE."