# EXHIBIT 2

*LAW OFFICES of*
## KIMMEL & ROXBOROUGH, LLC
709 IRVING ST NW
WASHINGTON, DC 20010
(202) 368-8847
FAX (202) 722 6334
roxborougl@Aol.com

EDWARD M. KIMMEL†*
CLAUDE W. ROXBOROUGH+
*ADMITTED IN MARYLAND and + DC
†*ADMITTED IN  VIRGINIA and OKLAHOMA

7629 CARROLL  AVENUE, SOUTHERN SUITE
TOKOMA PARK, MARYLAND 20912-6386
(301)891 8454
FAX (301)270 2137

February 22, 2005

Secretary of the Veterans Administration
Department of Veterans Affairs
Veterans Benefits Administration
210 Franklin Road
Roanoke, Virginia 24011
C/O Scott Austin

Re: William A. Dorsey and Angela D. Dorsey, VA No. 13-6-0423394 Wells Fargo Loan No. 53393314; discovery of discrepancy in accounting and failure to credit amounts paid, lack of counseling leading to a wrongful foreclosure and demand for accounting and immediate cessation of actions to evict the Dorsey's from their property.

Dear Sir:

Please be advised that this firm has been engaged to review the facts and circumstances surrounding the foreclosure of our clients VA insured loan secured by property located at 4404 Adell Terrace, Baltimore, MD 21229-3403 and serviced by Wells Fargo Mortgage Inc. We have come to a conclusion that the July 8,2004 reinstatement letter from Attorneys for Wells Fargo incorrectly misstated the amount necessary to reinstate the mortgage account. ( Exhibit 1) The letter stated that **" 23 payments @ 1,022.39 ( 9/1/02 – 8/1/02 ) $23,514.97"** was completely inaccurate and despite our clients protesting and the lack of counseling by VA they were foreclosed from reinstating the correct amount on the account. They are presently subject to eviction on March 4, 2005.

We are asking that you intervene and stay any further action based on the following:
1. All payments from 4-1- 02  to 12-1-02 were received by Wells Fargo as evidenced by Exhibit 2.
2. Payment were made for 2-1-03 ck.# 658 amounting to $1022.39, Exhibit 3
3. Payment was made for 4-1-03  ck. # 648 amounting to $1022.39,. Exhibit 4
4. Payment was made for 5-1-03  ck # 681 amounting to $ 1033.39, Exhibit 5
5. Payment was made for 7-1-03  ck # 723 amounting to $ 1033.39, Exhibit 6
6. Payment was made for 8-1-03  ck # 735 amounting to $ 1033.39, Exhibit 7
7. Payment was made for 11-1-03  ck # 768 amounting to $ 1033.39, Exhibit 8.
8. Payment was made for 1-1-04 and 2-1-04 amounting to $ 2091.04, Exhibit 9
9. Payment was made for 3-1-04 and 4- 1-04 amounting to $ 2100.00, Exhibit 10
10. Payment was made for 5-1-04 and 6-1-04 amounting to $ 2100.00, Exhibit 11 but was returned.

The letter of the attorney for Wells Fargo reflecting 23 payments needed to reinstate was in error and the foreclosure proceeded in spite of proof that the amount was incorrect. But the most important consideration is

**05 1144**

**FILED**

JUN – 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

that the counseling the Dorseys were entitled to through the VA program was never given, because the amount stated was so out of proportion that the VA discouraged our clients . Thus the basis upon which the foreclosure was even initiated was incorrect as to money needed to reinstate and the failure to provide the veteran with the benefits of counseling. We therefore request that the eviction be halted and that VA investigate the matter of the accounting discrepancies herein claimed.

Sincerely

Claude Roxborough

Cc;
Susan L/ Coakley
Attorney for the Purchaser
8101 Sandy Spring Road, Suite 302
Laurel, Maryland 20707
1 home Campus
Des Moines, IA 50328

RECIPIENT'S/LENDER'S name, street address, city, state, and ZIP code

Wells Fargo Home Mortgage, Inc.
Correspondence X2501-011
1 Home Campus
Des Moines, IA  50328
Phone #: (800) 262-5294
Fax #: (515) 237-7070
TTY Deaf/Hard of Hearing (800) 934-9998

**CORR____ED (if checked)**

*Caution: The amo___ ___um may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.*

OMB No.
1545-0901

**2002**

Substitute
Form 1098

# MORTGAGE
# INTEREST
# STATEMENT

| RECIPIENT'S Federal identification no. | PAYER'S social security number |
|---|---|
| 95-2318940 | 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 |

**Copy B**
**For Payer**

| | |
|---|---|
| 1 Mortgage interest received from payer(s)/borrower(s) | $3,544.59 |

PAYER'S/BORROWER'S name, address, and ZIP code
373

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE MD  21229

| | |
|---|---|
| 2 Points paid on purchase of principal residence (See Box 2 on back.) | $ .00 |
| 3 Refund of overpaid interest (See Box 3 on back.) | $ .00 |
| 4 Real Estate Taxes Paid | $2,085.85 |

The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

| Account number (optional) | Office |
|---|---|
| 5339314 | 685 |

Form 1098 Substitute    SEE BACK SIDE FOR IMPORTANT INFORMATION    (Keep for your records.)    Department of the Treasury - Internal Revenue Service

## Please consult a Tax Advisor about the deductibility of any payments made by you or others.

| ESCROW RECONCILIATION | PRINCIPAL RECONCILIATION |
|---|---|
| $3,888.29- BEGINNING BALANCE<br>$945.20 + DEPOSITS<br>$2,085.85 - TAXES PAID<br>$5,028.94- ENDING BALANCE | $113,629.34 BEGINNING BALANCE<br>$509.11 PRINCIPAL APPLIED<br>$113,120.23 ENDING BALANCE |
| | $999.78 TOTAL CURRENT PAYMENT<br>$189.04 ESCROW PORTION OF PMT<br><br>PROPERTY ADDRESS:<br>4404      ADELLE TERRACE<br>BALTIMORE  MD  21229 |

```
-------------------------- 2002 INTEREST DETAIL --------------------------
TOTAL INTEREST APPLIED 2002                                     $3,544.59
2002 MORTGAGE INTEREST RECEIVED FROM PAYER/BORROWER(S)          $3,544.59
```

*2001*
*$52.03.82*

If you have questions about your loan, you can use our automated "Personal Mortgage Information Line" at the 800 number listed at the top of this statement. By selecting one of the options listed, you can receive information regarding:

-taxes paid year-to-date
-the amount & date of your last payment
-interest paid year-to-date
-other valuable information

Wells Fargo Home Mortgage, Inc. believes customers come first. You can always count on us to provide the excellent service you've come to expect.

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
63/B20/0175/0 /75
0000895319497
02/28/2003

# SUNTRUST

## Account Statement

WILLIAM A DORSEY
ANGELA DOZIER-DORSEY
4404 ADELLE TER
BALTIMORE MD 21229-3403

Questions? Please call
1-888-786-8787

ASK A SUNTRUST REPRESENTATIVE ABOUT OUR LOW RATE EQUITY LINE. USE THE EQUITY IN
YOUR HOME FOR DEBT CONSOLIDATION, HOME IMPROVEMENTS OR A VACATION. SUNTRUST CAN
HELP YOU DETERMINE THE TYPE OF LOAN THAT MEETS YOUR NEEDS BEST. STOP BY A BRANCH
NEAR YOU OR CALL SUNTRUST TELEPHONE BANKING. EQUAL HOUSING LENDER.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PERSONAL CHECKING | 0000895319497 | 02/01/2003 - 02/28/2003 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $2,149.69 | Average Balance | $1,218.39 |
| Deposits/Credits | $4,656.03 | Average Collected Balance | $1,196.97 |
| Checks | $2,736.28 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $3,120.80 | | |
| Ending Balance | $948.64 | | |

## Deposits/Credits

| Date | Amount | Description | | |
|---|---|---|---|---|
| 02/04 | 600.00 | DEPOSIT | | |
| 02/07 | 964.12 | ELECTRONIC/ACH CREDIT | | |
| | | MASS TRANSIT | NET PAY | 217944624 |
| 02/14 | 1,193.72 | ELECTRONIC/ACH CREDIT | | |
| | | MASS TRANSIT | NET PAY | 217944624 |
| 02/21 | 1,162.16 | ELECTRONIC/ACH CREDIT | | |
| | | MASS TRANSIT | NET PAY | 217944624 |
| 02/28 | 736.03 | ELECTRONIC/ACH CREDIT | | |
| | | MASS TRANSIT | NET PAY | 217944624 |

Deposits/Credits: 5    Total Items Deposited: 1

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 632 | 1,022.39 | 02/06 | 636 | 27.01 | 02/07 | 641 | 304.69 | 02/20 |
| 633 | 620.00 | 02/04 | 637 | 35.00 | 02/13 | 642 | 150.00 | 02/14 |
| 634 | 52.96 | 02/04 | 638 | 50.00 | 02/13 | 643 | 74.23 | 02/20 |
| 635 | 150.00 | 02/03 | *640 | 100.00 | 02/10 | *5001 | 150.00 | 02/26 |

Checks: 12    *Break in check sequence

## Withdrawals/Debits

| Date Paid | Amount | Description | | |
|---|---|---|---|---|
| 02/04 | 21.00 | CHECK CARD PURCHASE | | |
| | | SAMS GAS STATION | | CATONSVILLE MD |
| 02/05 | 25.00 | CHECK CARD PURCHASE | | |
| | | TWIN LAKES CENTE | | BALTIMORE MD |
| 02/06 | 15.45 | ELECTRONIC/ACH DEBIT | | |
| | | 800-438-8218 INS | INS PAYMNT | R#: H504161930 |
| 02/06 | 22.97 | ELECTRONIC/ACH DEBIT | | |
| | | RELIASTAR LIFE | PREMIUM | 062396898-DE-01 |
| 02/07 | 5.95 | INTERNET BANKING MONTHLY FEE | | |
| 02/07 | 115.33 | CHECK CARD PURCHASE | | |
| | | 4LIFE RESEARCH L | | 801-5623600 UT |
| 02/07 | 85.10 | POINT OF SALE DEBIT | | TR DATE 02/06 |
| | | SAM'S Club | | CATONSVILLE MD  66510008 |

53999    Member FDIC    Continued on next page

| RECIPIENT'S/LENDER'S name, street address, city, state, and ZIP code | | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901 **2003** Substitute Form 1098 | MORTGAGE INTEREST STATEMENT |
|---|---|---|---|---|
| Wells Fargo Home Mortgage, Inc. Correspondence PO Box 10335 Des Moines, IA 50306-0335 Phone #: (800) 262-5294 Fax #: (866) 278-1179 TTY Deaf/Hard of Hearing (800) 934-9998 | | | | |

| RECIPIENT'S Federal identification no. | PAYER'S social security number | 1 Mortgage interest received from payer(s)/borrower(s)* | Copy B For Payer |
|---|---|---|---|
| 95-2318940 | 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 | $10,698.66 | |

| PAYER'S/BORROWER'S name, address, and ZIP code | 2 Points paid on purchase of principal residence (See Box 2 on back.) $ .00 | The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. |
|---|---|---|
| 155        P WILLIAM A DORSEY ANGELA D DORSEY 4404 ADELLE TERRACE BALTIMORE MD 21229 | 3 Refund of overpaid interest (See Box 3 on back.) $ .00 | If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage |
| | 4 Real Estate Taxes Paid $2,217.55 | interest or for these points or because you did not report this refund of interest on your return. |

| Account number (optional) | Office |
|---|---|
| 5339314 | 685 |

Form 1098 Substitute    SEE BACK SIDE FOR IMPORTANT INFORMATION  (Keep for your records.)    Department of the Treasury - Internal Revenue Service

Please consult a Tax Advisor about the deductibility of any payments made by you or others.

| ESCROW RECONCILIATION | PRINCIPAL RECONCILIATION |
|---|---|
| $5,028.94- BEGINNING BALANCE $3,174.75 + DEPOSITS $559.00 - HAZARD INS PAID $2,217.55 - TAXES PAID $4,630.74- ENDING BALANCE | $113,120.23 BEGINNING BALANCE $1,626.04 PRINCIPAL APPLIED $111,494.19 ENDING BALANCE |
| | $999.78 TOTAL CURRENT PAYMENT $189.04 ESCROW PORTION OF PMT |
| | PROPERTY ADDRESS: 4404      ADELLE TERRACE BALTIMORE MD 21229 |

-------------------------- 2003   INTEREST   DETAIL --------------------------

| | |
|---|---|
| TOTAL INTEREST APPLIED 2003 | $10,535.06 |
| PLUS LATE CHARGES PAID | $163.60 |
| **2003 MORTGAGE INTEREST RECEIVED FROM PAYER/BORROWER(S)** | **$10,698.66** |

3

WElls FARGO mortgage
28 Payments not Recieved
4-1-02 thru and Including 7-1-04

| | | | |
|---|---|---|---|
| 4-1-02 | 1-1-03 | 1-1-04 | Payment |
| 5-1-02 | 2-1-03 payment 1022.39 Ck#632 | 2-1-04 | 2091.04 Money Order |
| 6-1-02 | 3-1-03 | 3-1-04 | Payment |
| 7-1-02 | 4-1-03 payment 1022.39 Ck#468 | 4-8-04 | 2100.00 |
| 8-1-02 | 5-1-03 payment 1022.39 Ck#681 | 5-1-04 | Payment Returned |
| 9-1-02 | 6-1-03 | 6-1-04 | |
| 10-1-02 | 7-1-03 Payment 1022.39 Ck#72B | 7-1-04 | |
| 11-1-02 | 8-1-03 payment 1522.39 Ck#735 | notice | |
| 12-1-02 | 9-1-03 | Of | |
| | 10-1-03 | foreclosure | |
| | 11-1-03 payment 1522.39 Ck 768 | PREPARED BY William Aaron Dorsey WILLIAM AARON DORSEY | |
| | 12-1-03 | I SWEAR AND AFFIRM THE ABOVE IS TRUE. | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 4
63/B20/0175/0 /75
0000895319497
04/30/2003

# SUNTRUST

## Account Statement

WILLIAM A DORSEY
ANGELA DOZIER-DORSEY
4404 ADELLE TER
BALTIMORE MD 21229-3403

Questions? Please call
1-800-786-8787

NEW - ONLINE STATEMENTS!  YOU CAN NOW VIEW YOUR CHECKING, SAVINGS AND MONEY
MARKET ACCOUNT STATEMENTS ONLINE IN MY SOLUTIONS.  FIND OUT MORE AT
WWW.SUNTRUST.COM/ONLINESTATEMENTS.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PERSONAL CHECKING | 0000895319497 | 04/01/2003 - 04/30/2003 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $1,912.44 | Average Balance | $3,665.09 |
| Deposits/Credits | $18,563.98 | Average Collected Balance | $3,654.42 |
| Checks | $4,104.51 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $5,908.44 | | |
| Ending Balance | $10,463.47 | | |

## Deposits/Credits

| Date | Amount | Description | | |
|---|---|---|---|---|
| 04/04 | 925.77 | ELECTRONIC/ACH CREDIT | | |
| | | MASS TRANSIT | NET PAY | 217944624 |
| 04/09 | 3,321.00 | ELECTRONIC/ACH CREDIT | | |
| | | ST. OF MARYLAND | TAX REFUND | 000900364042061 |
| 04/11 | 885.45 | ELECTRONIC/ACH CREDIT | | |
| | | MASS TRANSIT | NET PAY | 217944624 |
| 04/16 | 300.00 | DEPOSIT | | |
| 04/18 | 794.05 | ELECTRONIC/ACH CREDIT | | |
| | | MASS TRANSIT | NET PAY | 217944624 |
| 04/25 | 124.73 | ELECTRONIC/ACH CREDIT | | |
| | | MASS TRANSIT | NET PAY | 217944624 |
| 04/25 | 404.98 | ELECTRONIC/ACH CREDIT | | |
| | | MASS TRANSIT | NET PAY | 217944624 |
| 04/25 | 11,808.00 | ELECTRONIC/ACH CREDIT | | |
| | | US TREASURY 220 | TAX REFUND | 217944624  IRS |

Deposits/Credits: 8          Total Items Deposited: 1

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 594 | 30.00 | 04/07 | 663 | 94.85 | 04/10 | 671 | 300.00 | 04/24 |
| *653 | 75.00 | 04/01 | 664 | 332.36 | 04/15 | 671 | 1.50 | 04/25 |
| *656 | 35.00 | 04/01 | 665 | 275.00 | 04/11 | *673 | 17.85 | 04/29 |
| *658 | 1,022.39 | 04/08 | 666 | 100.00 | 04/16 | 674 | 250.00 | 04/25 |
| 659 | 150.00 | 04/08 | 667 | 620.00 | 04/17 | 675 | 64.79 | 04/29 |
| 660 | 35.00 | 04/09 | 668 | 35.00 | 04/23 | 676 | 150.00 | 04/29 |
| 661 | 25.00 | 04/08 | 669 | 200.00 | 04/17 | *678 | 200.00 | 04/30 |
| 662 | 65.77 | 04/10 | 670 | 25.00 | 04/22 | | | |

Checks: 23              *Break in check sequence

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
63/B20/0175/0 /75
0000895319497
03/31/2003

# SUNTRUST

WILLIAM A DORSEY
ANGELA DOZIER-DORSEY
4404 ADELLE TER
BALTIMORE MD 21229-3403

# Account Statement

Questions? Please call
1-800-786-8787

GET 15% OFF QUICKEN TURBOTAX THIS YEAR-COMPLIMENTS OF SUNTRUST. VISIT
WWW.SUNTRUST.COM/TURBOTAX AND YOU'LL RECEIVE 15% OFF ANY TURBOTAX FEDERAL
PRODUCT FOR PERSONAL OR BUSINESS USE WHEN YOU ORDER THROUGH SUNTRUST.COM. IT'S
JUST OUR WAY OF SAYING THANK YOU FOR CHOOSING SUNTRUST.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PERSONAL CHECKING | 0000895319497 | 03/01/2003 - 03/31/2003 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $948.64 | Average Balance | $1,421.52 |
| Deposits/Credits | $7,572.22 | Average Collected Balance | $1,389.26 |
| Checks | $3,149.98 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $3,458.44 | | |
| Ending Balance | $1,912.44 | | |

## Deposits/Credits

| Date | Amount | Description | | |
|---|---|---|---|---|
| 03/03 | 944.99 | CHECK CARD CREDIT | | |
| | | SEARS ROEBUCK | GLEN BURNIE MD | |
| 03/04 | 1,000.00 | DEPOSIT | | |
| 03/06 | 172.01 | BURLINGTON COAT FACTORY | | |
| 03/07 | 1,405.11 | ELECTRONIC/ACH CREDIT | | |
| | | MASS TRANSIT | NET PAY | 217944624 |
| 03/14 | 1,121.87 | ELECTRONIC/ACH CREDIT | | |
| | | MASS TRANSIT | NET PAY | 217944624 |
| 03/21 | 756.60 | ELECTRONIC/ACH CREDIT | | |
| | | MASS TRANSIT | NET PAY | 217944624 |
| 03/28 | 2,171.64 | ELECTRONIC/ACH CREDIT | | |
| | | MASS TRANSIT | NET PAY | 217944624 |

Deposits/Credits: 7        Total Items Deposited: 1

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 80 | 100.00 | 03/17 | 647 | 620.00 | 03/04 | 652 | 100.00 | 03/24 |
| *639 | 25.00 | 03/11 | 648 | 1,022.39 | 03/12 | *654 | 620.00 | 03/28 |
| *644 | 65.00 | 03/04 | 649 | 35.00 | 03/11 | 655 | 150.00 | 03/28 |
| 645 | 21.90 | 03/05 | 650 | 304.69 | 03/17 | | | |
| 646 | 21.00 | 03/19 | 651 | 65.00 | 03/25 | | | |

Checks: 13        *Break in check sequence

## Withdrawals/Debits

| Date Paid | Amount | Description | | |
|---|---|---|---|---|
| 03/03 | 40.96 | ELECTRONIC/ACH DEBIT | | |
| | | METLIFE    550 | INS. PAYMT | 976306754A &2 |
| 03/03 | 25.00 | CHECK CARD PURCHASE | | |
| | | TWIN LAKES CENTE | BALTIMORE MD | |
| 03/03 | 944.99 | CHECK CARD PURCHASE | | |
| | | SEARS ROEBUCK | GLEN BURNIE MD | |
| 03/04 | 32.00 | CHECK CARD PURCHASE | | |
| | | SAMS GAS STATION | CATONSVILLE MD | |

52768                    Member FDIC            Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 4
63/B20/0175/0 /75
0000895319497
05/30/2003

# SUNTRUST

IııIıIıııIIıIıIıIıIıIııIıIıIıIIıııIIıIııIıIIıııI
WILLIAM A DORSEY
ANGELA DOZIER-DORSEY
4404 ADELLE TER
BALTIMORE MD 21229-3403

## Account
## Statement

Questions? Please call
1-800-786-8787

THIS TIME, GIVE AN AMERICAN EXPRESS GIFT CHEQUE! UNLIKE GIFT CERTIFICATES OR
STORE CARDS, AMERICAN EXPRESS GIFT CHEQUES ARE ACCEPTED IN MILLIONS OF PLACES.
GIVE THEM FOR GRADUATIONS, WEDDINGS, OR ANY SPECIAL EVENT. GIFT CHEQUES CAN BE
PURCHASED AT SUNTRUST BRANCHES, OR YOU CAN BUY THEM ONLINE AT WWW.SUNTRUST.COM.

| Account Summary | Account Type | | Account Number | | Statement Period |
|---|---|---|---|---|---|
| | PERSONAL CHECKING | | 0000895319497 | | 05/01/2003 - 05/30/2003 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $10,463.47 | Average Balance | $6,744.09 |
| Deposits/Credits | $6,368.61 | Average Collected Balance | $6,744.09 |
| Checks | $5,744.95 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $8,848.96 | | |
| Ending Balance | $2,238.17 | | |

| Deposits/ Credits | Date | Amount | Description | | | |
|---|---|---|---|---|---|---|
| | 05/02 | 1,529.97 | *ELECTRONIC/ACH CREDIT* | | | |
| | | | MASS TRANSIT | NET PAY | 217944624 | |
| | 05/09 | 1,522.57 | *ELECTRONIC/ACH CREDIT* | | | |
| | | | MASS TRANSIT | NET PAY | 217944624 | |
| | 05/16 | 1,045.93 | *ELECTRONIC/ACH CREDIT* | | | |
| | | | MASS TRANSIT | NET PAY | 217944624 | |
| | 05/23 | 1,189.57 | *ELECTRONIC/ACH CREDIT* | | | |
| | | | MASS TRANSIT | NET PAY | 217944624 | |
| | 05/30 | 1,080.57 | *ELECTRONIC/ACH CREDIT* | | | |
| | | | MASS TRANSIT | NET PAY | 217944624 | |

Deposits/Credits: 5        Total Items Deposited: 0

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 80 | 250.00 | 05/27 | 686 | 25.00 | 05/06 | 695 | 473.52 | 05/20 |
| | *672 | 26.00 | 05/06 | 687 | 150.00 | 05/07 | 696 | 200.00 | 05/16 |
| | *677 | 63.00 | 05/05 | 688 | 250.00 | 05/02 | 697 | 110.46 | 05/20 |
| | *679 | 60.00 | 05/01 | 689 | 43.05 | 05/06 | 698 | 45.00 | 05/22 |
| | 680 | 175.00 | 05/06 | 690 | 100.00 | 05/06 | 699 | 551.25 | 05/27 |
| | 681 | 1,022.69 | 05/07 | 691 | 250.00 | 05/12 | 700 | 60.00 | 05/30 |
| | 682 | 70.00 | 05/07 | 692 | 333.00 | 05/19 | 701 | 143.19 | 05/28 |
| | 683 | 65.00 | 05/06 | 693 | 620.00 | 05/19 | *707 | 250.00 | 05/30 |
| | 684 | 40.00 | 05/09 | 694 | 35.00 | 05/20 | *1961 | 239.95 | 05/02 |
| | 685 | 42.39 | 05/06 | 695 | 1.50 | 05/19 | 1961 | 49.95 | 05/23 |

Checks: 30          *Break in check sequence

| Withdrawals/ Debits | Date Paid | Amount | Description | | |
|---|---|---|---|---|---|
| | 05/01 | 35.98 | *CHECK CARD PURCHASE* | | |
| | | | KENNETH COLE #75 | LANCASTER | PA |
| | 05/01 | 37.94 | *CHECK CARD PURCHASE* | | |
| | | | DKNY JEANS OUTLE | LANCASTER | PA |
| | 05/01 | 95.76 | *CHECK CARD PURCHASE* | | |
| | | | MULBERRY ST CITG | BALTIMORE | MD |

52868                          Member FDIC                    Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
63/B20/0175/0 /75
0000895319497
07/31/2003

# SUNTRUST

նախիս հայ կանայ հայ հայ հայ հայ հայ հայ հայ հայ

WILLIAM A DORSEY
ANGELA DOZIER-DORSEY
4404 ADELLE TER
BALTIMORE MD 21229-3403

## Account Statement

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST.  TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM.

---

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| PERSONAL CHECKING | 0000895319497 | 07/01/2003 - 07/31/2003 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $1,390.40 | Average Balance | $899.68 |
| Deposits/Credits | $4,421.77 | Average Collected Balance | $899.68 |
| Checks | $3,217.50 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $2,334.00 | | |
| Ending Balance | $260.67 | | |

---

**Deposits/ Credits**

| Date | Amount | Description | | |
|---|---|---|---|---|
| 07/03 | 976.36 | *ELECTRONIC/ACH CREDIT* | | |
| | | MASS TRANSIT | NET PAY | 217944624 |
| 07/11 | 1,257.70 | *ELECTRONIC/ACH CREDIT* | | |
| | | MASS TRANSIT | NET PAY | 217944624 |
| 07/18 | 811.94 | *ELECTRONIC/ACH CREDIT* | | |
| | | MASS TRANSIT | NET PAY | 217944624 |
| 07/25 | 1,256.97 | *ELECTRONIC/ACH CREDIT* | | |
| | | MASS TRANSIT | NET PAY | 217944624 |
| 07/30 | 118.80 | CHECK CARD CREDIT | | |
| | | LANDMARK RESORT | | MYRTLE BEACH SC |

Deposits/Credits: 5        Total Items Deposited: 0

---

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 718 | 620.00 | 07/02 | 723 | 1,022.39 | 07/16 | *729 | 50.00 | 07/29 |
| 719 | 175.00 | 07/15 | 724 | 65.00 | 07/21 | 730 | 65.18 | 07/28 |
| 720 | 150.00 | 07/03 | 725 | 200.00 | 07/11 | 731 | 620.00 | 07/29 |
| 721 | 100.00 | 07/08 | 726 | 69.93 | 07/15 | | | |
| 722 | 70.00 | 07/08 | 727 | 10.00 | 07/25 | | | |

Checks: 13        *Break in check sequence

---

**Withdrawals/ Debits**

| Date Paid | Amount | Description | |
|---|---|---|---|
| 07/03 | 25.00 | *CHECK CARD PURCHASE* | |
| | | TWIN LAKES CENTE | BALTIMORE   MD |
| 07/07 | 200.00 | *ATM CASH WITHDRAWAL* | TR DATE 07/07 |
| | | CATONSVILLE | CATONSVILLE  MD  L3462Y134 |
| 07/07 | 100.00 | *STAR ATM CASH WITHDRAWAL* | TR DATE 07/04 |
| | | PNCBANK MD WAW | ABERDEEN  1MD   PN4907 |
| 07/07 | .00 | *STAR ATM BALANCE INQUIRY* | TR DATE 07/04 |
| | | 231 N PHLDELPHA BL | ABERDEEN  1MD   PN4907 |
| 07/07 | 8.98 | *CHECK CARD PURCHASE* | |
| | | ADVANCE AUTO PAR | BALTIMORE   MD |

---

53493        Member FDIC        Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 3
63/B20/0175/0 /75
0000895319497
08/29/2003

# SUNTRUST

## Account Statement

WILLIAM A DORSEY
ANGELA DOZIER-DORSEY
4404 ADELLE TER
BALTIMORE MD 21229-3403

Questions? Please call
1-800-786-8787

EFFECTIVE OCTOBER 1, 2003, AN ACCOUNT THAT REMAINS OVERDRAWN FOR 7 CALENDAR DAYS
WILL BE CHARGED A $30 EXTENDED OVERDRAFT FEE. THIS FEE WILL BE CHARGED ON THE
7TH CALENDAR DAY OR NEXT BUSINESS DAY THEREAFTER. IF YOU HAVE ANY QUESTIONS,
PLEASE CONTACT YOUR SUNTRUST BANKER (OR CALL 1-800-SUNTRUST).

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | PERSONAL CHECKING | 0000895319497 | 08/01/2003 - 08/29/2003 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $260.67 | Average Balance | $997.91 |
| Deposits/Credits | $4,434.41 | Average Collected Balance | $997.91 |
| Checks | $2,080.92 | Number of Days in Statement Period | 29 |
| Withdrawals/Debits | $2,099.12 | | |
| Ending Balance | $515.04 | | |

| Deposits/ Credits | Date | Amount | Description | | |
|---|---|---|---|---|---|
| | 08/01 | 977.25 | *ELECTRONIC/ACH CREDIT* | | |
| | | | MASS TRANSIT | NET PAY | 217944624 |
| | 08/08 | 600.40 | *ELECTRONIC/ACH CREDIT* | | |
| | | | MASS TRANSIT | NET PAY | 217944624 |
| | 08/14 | 700.00 | OVERDRAFT TRANSFER CREDIT | | |
| | | | FROM DEPOSIT ACCOUNT 00001000009461020 | | |
| | 08/15 | 381.93 | *ELECTRONIC/ACH CREDIT* | | |
| | | | MASS TRANSIT | NET PAY | 217944624 |
| | 08/15 | 1,264.94 | *ELECTRONIC/ACH CREDIT* | | |
| | | | MASS TRANSIT | NET PAY | 217944624 |
| | 08/22 | 509.89 | *ELECTRONIC/ACH CREDIT* | | |
| | | | MASS TRANSIT | NET PAY | 217944624 |

Deposits/Credits: 6        Total Items Deposited: 0

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 80 | 100.00 | 08/04 | 735 | 1,022.39 | 08/13 | *740 | 114.19 | 08/19 |
| | *728 | 35.00 | 08/05 | 736 | 150.00 | 08/08 | *742 | 15.00 | 08/26 |
| | *732 | 40.35 | 08/04 | 737 | 80.27 | 08/12 | 743 | 100.00 | 08/26 |
| | 733 | 43.72 | 08/05 | 738 | 20.00 | 08/13 | *745 | 25.00 | 08/28 |
| | 734 | 35.00 | 08/15 | 739 | 200.00 | 08/18 | 746 | 100.00 | 08/29 |

Checks: 15        *Break in check sequence

| Withdrawals/ Debits | Date Paid | Amount | Description | | |
|---|---|---|---|---|---|
| | 08/01 | 12.95 | *CHECK CARD PURCHASE* | | |
| | | | MWI*PRIVACY PLUS | 877-636-2379 CT | |
| | 08/04 | 25.00 | *CHECK CARD PURCHASE* | | |
| | | | TWIN LAKES CENTE | BALTIMORE MD | |
| | 08/04 | 92.00 | *CHECK CARD PURCHASE* | | |
| | | | UNIVERSAL HEALIN | BALTIMORE MD | |
| | 08/04 | 63.00 | *POINT OF SALE DEBIT* | TR DATE 08/03 | |
| | | | ACTIVEWEAR OUTFITTERS | PIKESVILLE MD | 00815343 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 4
63/B20/0175/0 /75
0000895319497
11/28/2003

# SUNTRUST

## Account Statement

|..|..|..|..|..|..|..|..|..|..|..|..|..|..|..|..|..|..|..|
WILLIAM A DORSEY
ANGELA DOZIER-DORSEY
4404 ADELLE TER
BALTIMORE MD 21229-3403

Questions? Please call
1-800-786-8787

SUNTRUST NOW GIVES YOU EASIER AND FASTER ACCESS TO YOUR MONEY!
TRY OUR NEW AND IMPROVED INTERNET BANKING WITH BILL PAY, OR USE YOUR VISA CHECK
CARD FOR PURCHASES WORLDWIDE.  YOU CAN ALSO USE OUR AUTOMATED TELEPHONE BANKING
OR VISIT ONE OF MORE THAN 1,200 ATMS FOR MANY ACCOUNT TRANSACTIONS.

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| PERSONAL CHECKING | 0000895319497 | 11/01/2003 - 11/28/2003 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $776.30 | Average Balance | $792.97 |
| Deposits/Credits | $3,260.35 | Average Collected Balance | $791.18 |
| Checks | $2,162.39 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $1,419.71 | | |
| Ending Balance | $454.55 | | |

**Deposits/ Credits**

| Date | Amount | Description | | |
|---|---|---|---|---|
| 11/03 | 50.00 | DEPOSIT | | |
| 11/07 | 858.37 | *ELECTRONIC/ACH CREDIT* | | |
| | | MASS TRANSIT | NET PAY | 217944624 |
| 11/14 | 438.41 | *ELECTRONIC/ACH CREDIT* | | |
| | | MASS TRANSIT | NET PAY | 217944624 |
| 11/14 | 642.72 | *ELECTRONIC/ACH CREDIT* | | |
| | | MASS TRANSIT | NET PAY | 217944624 |
| 11/21 | 1,270.85 | *ELECTRONIC/ACH CREDIT* | | |
| | | MASS TRANSIT | NET PAY | 217944624 |

Deposits/Credits: 5        Total Items Deposited: 1

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 765 | 50.00 | 11/05 | 769 | 150.00 | 11/14 | 772 | 620.00 | 11/25 |
| *767 | 150.00 | 11/07 | 770 | 20.00 | 11/19 | | | |
| 768 | 1022.39 | 11/14 | 771 | 150.00 | 11/21 | | | |

Checks: 7        *Break in check sequence

**Withdrawals/ Debits**

| Date Paid | Amount | Description | |
|---|---|---|---|
| 11/03 | 100.00 | WITHDRAWAL | |
| 11/03 | 22.00 | *CHECK CARD PURCHASE* | |
| | | AMERICAN PETROLE | BALTIMORE   MD |
| 11/03 | 23.50 | *CHECK CARD PURCHASE* | |
| | | SAMS GAS STATION | CATONSVILLE MD |
| 11/03 | 25.00 | *CHECK CARD PURCHASE* | |
| | | TWIN LAKES CENTE | BALTIMORE   MD |
| 11/03 | 5.57 | *POINT OF SALE DEBIT* | TR DATE 11/01 |
| | | GIANT FOOD | BALTIMORE   MD   00000002 |
| 11/03 | 11.07 | *POINT OF SALE DEBIT* | TR DATE 11/01 |
| | | WAL-MART #3507 | PORT COVINGT MD 24350701 |
| 11/03 | 38.71 | *POINT OF SALE DEBIT* | TR DATE 11/03 |
| | | WAL-MART #3507 | PORT COVINGT MD 24350701 |

350669        Member FDIC        Continued on next page



**GLOBAL EXPRESS MONEY ORDER PURCHASER'S CLAIM RECEIPT**

**RETAIN THIS RECEIPT**     **NOT NEGOTIABLE**     222394187

IF YOUR MONEY ORDER WAS LOST, MISPLACED OR NOT RECEIVED BY THE PAYEE, OBTAIN A TRACING REFUND REQUEST FORM FROM THE PLACE OF PURCHASE OR NEAREST GLOBAL EXPRESS TRUSTEE. THERE IS A RESEARCH FEE AS NOTED ON THE TRACING/REFUND REQUEST FORM.

APR 07 2004
$100.00

PAY TO THE ORDER OF   *Wells Fargo*

PURCHASER SIGNER FOR DRAWER   *William & Angela Dorsey*   PURCHASER'S ADDRESS   *4404 Adelle Terra*

BY SIGNING PURCHASER AGREES TO THE SERVICE CHARGE AND OTHER TERMS AND CONDITIONS ON THE REVERSE SIDE AND ON PURCHASER'S RECEIPT.

FOR INFORMATION CONTACT
GLOBAL EXPRESS MONEY ORDERS, INC.
P.O. BOX 8608
SILVER SPRING, MARYLAND 20907

---



**GLOBAL EXPRESS MONEY ORDER PURCHASER'S CLAIM RECEIPT**

**RETAIN THIS RECEIPT**     **NOT NEGOTIABLE**     222394186

IF YOUR MONEY ORDER WAS LOST, MISPLACED OR NOT RECEIVED BY THE PAYEE, OBTAIN A TRACING REFUND REQUEST FORM FROM THE PLACE OF PURCHASE OR NEAREST GLOBAL EXPRESS TRUSTEE. THERE IS A RESEARCH FEE AS NOTED ON THE TRACING/REFUND REQUEST FORM.

APR 07 2004
$500.00

PAY TO THE ORDER OF   *Wells Fargo*

PURCHASER SIGNER FOR DRAWER   *William & Angela Dorsey*   PURCHASER'S ADDRESS   *4404 Adelle Terrace*

BY SIGNING PURCHASER AGREES TO THE SERVICE CHARGE AND OTHER TERMS AND CONDITIONS ON THE REVERSE SIDE AND ON PURCHASER'S RECEIPT.

FOR INFORMATION CONTACT
GLOBAL EXPRESS MONEY ORDERS, INC.
P.O.
SILVER SP

---



**GLOBAL EXPRESS MONEY ORDER PURCHASER'S CLAIM RECEIPT**

**RETAIN THIS RECEIPT**     **NOT NEGOTIABLE**     222394184

IF YOUR MONEY ORDER WAS LOST, MISPLACED OR NOT RECEIVED BY THE PAYEE, OBTAIN A TRACING REFUND REQUEST FORM FROM THE PLACE OF PURCHASE OR NEAREST GLOBAL EXPRESS TRUSTEE. THERE IS A RESEARCH FEE AS NOTED ON THE TRACING/REFUND REQUEST FORM.

APR 07 2004
$500.00

PAY TO THE ORDER OF   *Wells Fargo*

PURCHASER SIGNER FOR DRAWER   *William & Angela Dorsey*   PURCHASER'S ADDRESS   *4404 Adelle Terrace*

BY SIGNING PURCHASER AGREES TO THE SERVICE CHARGE AND OTHER TERMS AND CONDITIONS ON THE REVERSE SIDE AND ON PURCHASER'S RECEIPT.

FOR INFORMATION CONTACT
GLOBAL EXPRESS MONEY ORDERS, INC.
P.O. BOX 8608
SILVER SPRING, MARYLAND 20907

9



GLOBAL EXPRESS MONEY ORDER PURCHASER'S CLAIM RECEIPT

RETAIN THIS RECEIPT          NOT NEGOTIABLE          222394183

IF YOUR MONEY ORDER WAS LOST,
MISPLACED OR NOT RECEIVED BY THE
PAYEE, OBTAIN A TRACING REFUND
REQUEST FORM FROM THE PLACE OF
PURCHASE OR NEAREST GLOBAL
EXPRESS TRUSTEE. THERE IS A
RESEARCH FEE AS NOTED ON THE
TRACING/REFUND REQUEST FORM.

APR 07 2004
$500.00

PAY TO THE
ORDER OF    Wells Fargo

PURCHASER
SIGNER    William E Angela Dorsey    PURCHASER'S
FOR DRAWER                            ADDRESS    4404 Adelle Terrace

FOR INFORMATION CONTACT
GLOBAL EXPRESS MONEY ORDERS, INC.
P.O. BOX 9608
SILVER SPRING, MARYLAND 20907

---



GLOBAL EXPRESS MONEY ORDER PURCHASER'S CLAIM RECEIPT

RETAIN THIS RECEIPT          NOT NEGOTIABLE          222394185

IF YOUR MONEY ORDER WAS LOST,
MISPLACED OR NOT RECEIVED BY THE
PAYEE, OBTAIN A TRACING REFUND
REQUEST FORM FROM THE PLACE OF
PURCHASE OR NEAREST GLOBAL
EXPRESS TRUSTEE. THERE IS A
RESEARCH FEE AS NOTED ON THE
TRACING/REFUND REQUEST FORM.

APR 07 2004
$500.00

PAY TO THE
ORDER OF    Wells Fargo

PURCHASER
SIGNER    William E Angela Dorsey    PURCHASER'S
FOR DRAWER                            ADDRESS    4404 Adelle Terrace

FOR INFORMATION CONTACT
GLOBAL EXPRESS MONEY ORDERS, INC.
P.O. BOX 9608
SILVER SPRING, MARYLAND 20907







**WELLS FARGO HOME MORTGAGE**

Wells Fargo Home Mortgage, Inc.
Correspondence X2501-01T
1 Home Campus
Des Moines IA  50328-0001

Monthly Mortgage Statement 01/02/03

**Customer Service**

*Online*
yourwellsfargomortgage.com

*Phone*
(800) 274-7025

*Fax*
(704) 329-3393

*Loan Number*
5339314

*Regular mail*
P.O. Box 14542
Des Moines, IA 50306

*Overnight mail*
1 Home Campus
X2501-01F
Des Moines, IA 50328

**For Informational Purposes**

#BWNDXCT
#6880005339314016#        P        000373

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229-3403

*Property address*
4404 ADELLE TERRACE
BALTIMORE MD 21229

*Principal balance as of 01/02/03*
$113,016.49

Contact Customer Service
for your payoff balance.

**Important Messages**
*If you wish not to receive a
statement, please contact us
at the number above.*

*Interest rate*
7.500%

*Interest paid - year-to-date*
$707.00

*Taxes paid - year-to-date*
$ .00

*Escrow balance*
$4,817.29-

| | |
|---|---|
| Payment (Principal, Interest, Escrow) | $1,022.39 |
| Optional Product(s) | $ .00 |
| **Current Monthly Payment** | $1,022.39 |
| Other Payment(s) | $28,084.28 |
| Late Charges | $1,333.60 |
| Other Charges | $ .00 |
| **Total Payment 01/01/03** | **$30,440.27** |

Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late charge | Other |
|---|---|---|---|---|---|---|---|
| 01/02 | PAYMENT | $1,022.39 | $103.74 | $707.00 | $211.65 | | |
| 12/19 | CITY TAX PMT | $1,053.49- | | | $1,053.49- | | |

*This statement is for informational purposes only and is being provided as a courtesy should you
voluntarily decide to make your loan payments. This statement should not be construed as an attempt
to collect a debt or a demand for payment contrary to any protections you may have received
pursuant to your bankruptcy case.*

*If your Plan requires you to make regular post-petition mortgage payments directly to the Bankruptcy
Trustee, and you chose to maintain your mortgage payments, any payment should be remitted
to the Trustee or otherwise in accordance with the Plan you filed with the Bankruptcy court.*

*If you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will
only exercise our rights as against the property and we are not attempting any act to collect
the discharged debt from you personally.*

(Keep upper portion for your records.)        12106BKRT    12106BKRT1

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

For Informational Purposes

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229

☐
Please check this
box if changes are
indicated on the
reverse side.

685 Loan Number: 5339314

Customer Service:    (800) 274-7025

Please specify additional
funds. Any additional
funds not specified will be
applied first to any
outstanding charges.

**Total Payment**        **$30,440.27**

| | |
|---|---|
| Monthly Payment ___ x pmt amt | $ ☐☐☐☐☐☐ |
| Late Charges | $ ☐☐☐☐☐☐ |
| Additional Principal | $ ☐☐☐☐☐☐ |
| Additional Escrow | $ ☐☐☐☐☐☐ |
| Other Charges | $ ☐☐☐☐☐☐ |
| Total Amount Enclosed | $ ☐☐☐☐☐☐☐ |
| (PLEASE DO NOT SEND CASH) | |

WELLS FARGO HOME MORTGAGE, INC.
PO BOX 14542
DES MOINES IA  50306-3542

685 0005339314 4 07 00 00102239 00106329 03044027 00000000 9

**WELLS FARGO HOME MORTGAGE**

Wells Fargo Home Mortgage, Inc.
PO Box 10335
Des Moines, IA 50306-0335

**Monthly Mortgage Statement** 02/05/03

**Customer Service**

**Online**
yourwellsfargomortgage.com

**Loan Number**
5339314

**Phone**
(800) 274-7025

**Regular mail**
P.O. Box 14542
Des Moines, IA 50306

**Fax**
(704) 329-3393

**Overnight mail**
1 Home Campus
X2501-01F
Des Moines, IA 50328

## For Informational Purposes

#BWNDXCT
#6880005339314024#          000293

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229-3403

**Property address**
4404 ADELLE TERRACE
BALTIMORE MD 21229

**Principal balance as of 02/05/03**
$112,701.36

Contact Customer Service
for your payoff balance.

## Important Messages
*If you wish not to receive a
statement, please contact us
at the number above.*

**Interest rate**
7.500%

**Interest paid - year-to-date**
$2,824.09

**Taxes paid - year-to-date**
$ .00

**Escrow balance**
$4,741.34-

| | |
|---|---:|
| Payment (Principal, Interest, Escrow) | $1,022.39 |
| Optional Product(s) | $ .00 |
| **Current Monthly Payment** | **$1,022.39** |
| Other Payment(s) | **$27,129.72** |
| Late Charges | **$1,170.00** |
| Other Charges | $ .00 |
| **Total Payment 03/01/03** | **$29,322.11** |

### Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late charge | Other |
|---|---|---|---|---|---|---|---|
| 02/05 | PAYMENT | $1,022.39 | $105.70 | $705.04 | $211.65 | | |

*This statement is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make your loan payments. This statement should not be construed as an attempt to collect a debt or a demand for payment contrary to any protections you may have received pursuant to your bankruptcy case.*

*If your Plan requires you to make regular post-petition mortgage payments directly to the Bankruptcy Trustee, and you chose to maintain your mortgage payments, any payment should be remitted to the Trustee or otherwise in accordance with the Plan you filed with the Bankruptcy court.*

*If you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will only exercise our rights as against the property and we are not attempting any act to collect the discharged debt from you personally.*

(Keep upper portion for your records.)          12106BKRT    12106BKRT1

---

For Informational Purposes

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229

**Total Payment**        **$29,322.11**

[ ] Please check this
box if changes are
indicated on the
reverse side.

685 Loan Number: 5339314

Customer Service:   (800) 274-7025

WELLS FARGO HOME MORTGAGE, INC.
PO BOX 14542
DES MOINES IA  50306-3542

Please specify additional
funds. Any additional
funds not specified will be
applied first to any
outstanding charges.

| | |
|---|---|
| Monthly Payment ___ x pmt amt | $ |
| Late Charges | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Other Charges | $ |
| Total Amount Enclosed (PLEASE DO NOT SEND CASH) | $ |

685 0005339314 4 07 00 00102239 00106329 02932211 00000000 6

**Monthly Mortgage Statement** 03/14/03

Wells Fargo Home Mortgage, Inc.
PO Box 10335
Des Moines, IA 50306-0335

**Customer Service**

*Online*
yourwellsfargomortgage.com

*Phone*
(800) 274-7025

*Fax*
(704) 329-3393

*Loan Number*
5339314

*Regular mail*
P.O. Box 14542
Des Moines, IA 50306

*Overnight mail*
1 Home Campus
X2501-01F
Des Moines, IA 50328

For Informational Purposes

#BWNDXCT
#6880005339314032#                000529

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229-3403

*Property address*
4404 ADELLE TERRACE
BALTIMORE, MD 21229

*Principal balance as of 03/14/03*
$112,487.98

Contact Customer Service
for your payoff balance.

**Important Messages**
*If you wish not to receive a statement, please contact us at the number above.*

*Interest rate*
7.500%

*Interest paid - year-to-date*
$4,232.19

*Taxes paid - year-to-date*
$ .00

*Escrow balance*
$4,318.04-

| | |
|---|---|
| Payment (Principal, Interest, Escrow) | $1,022.39 |
| Optional Product(s) | $ .00 |
| **Current Monthly Payment** | **$1,022.39** |
| Other Payment(s) | $26,152.55 |
| Late Charges | $1,170.00 |
| Other Charges | $ .00 |
| **Total Payment 04/01/03** | **$28,344.94** |

**Activity Since Your Last Statement**

| Date | Description | Total | Principal | Interest | Escrow | Late charge | Other |
|---|---|---|---|---|---|---|---|
| 03/14 | PAYMENT | $304.69 | $107.02 | $703.72 | $211.65 | UNAPPLIED | $717.70- |

*This statement is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make your loan payments. This statement should not be construed as an attempt to collect a debt or a demand for payment contrary to any protections you may have received pursuant to your bankruptcy case.*

*If your Plan requires you to make regular post-petition mortgage payments directly to the Bankruptcy Trustee, and you chose to maintain your mortgage payments, any payment should be remitted to the Trustee or otherwise in accordance with the Plan you filed with the Bankruptcy court.*

*If you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will only exercise our rights as against the property and we are not attempting any act to collect the discharged debt from you personally.*

(Keep upper portion for your records.)                12106BKRT   12106BKRT1

---

For Informational Purposes

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229

☐ Please check this box if changes are indicated on the reverse side.

**Total Payment**        **$28,344.94**

685 Loan Number: 5339314

Customer Service:    (800) 274-7025

WELLS FARGO HOME MORTGAGE, INC.
PO BOX 14542
DES MOINES IA  50306-3542

Please specify additional funds. Any additional funds not specified will be applied first to any outstanding charges.

Monthly Payment ___ x pmt amt   $
Late Charges   $
Additional Principal   $
Additional Escrow   $
Other Charges   $
Total Amount Enclosed   $
(PLEASE DO NOT SEND CASH)

685 0005339314 4 07 00 00102239 00106329 02834494 00000000 7



Wells Fargo Home Mortgage, Inc.
PO Box 10335
Des Moines, IA 50306-0335

**Monthly Mortgage Statement 03/11/03**

**Customer Service**

*Online*
yourwellsfargomortgage.com

*Loan Number*
5339314

*Phone*
(800) 274-7025

*Regular mail*
P.O. Box 14542
Des Moines, IA 50306

*Fax*
(704) 329-3393

*Overnight mail*
1 Home Campus
X2501-01F
Des Moines, IA 50328

## For Informational Purposes

#BWNDXCT
#6880005339314032#          000202

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229-3403

*Property address*
4404 ADELLE TERRACE
BALTIMORE MD 21229

*Principal balance as of 03/11/03*
$112,595.00

Contact Customer Service
for your payoff balance.

## Important Messages

*If you wish not to receive a statement, please contact us at the number above.*

*Interest rate*
7.500%

*Interest paid - year-to-date*
$3,528.47

*Taxes paid - year-to-date*
$ .00

*Escrow balance*
$4,529.69-

| | |
|---|---:|
| Payment (Principal, Interest, Escrow) | $1,022.39 |
| Optional Product(s) | $ .00 |
| **Current Monthly Payment** | **$1,022.39** |
| Other Payment(s) | $27,152.33 |
| Late Charges | $1,170.00 |
| Other Charges | $ .00 |
| **Total Payment 04/01/03** | **$29,344.72** |

### Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late charge | Other |
|------|-------------|-------|-----------|----------|--------|-------------|-------|
| 03/11 | PAYMENT | $1,022.39 | $106.36 | $704.38 | $211.65 | | |
| 02/17 | PAYMENT | $304.69 | | | | UNAPPLIED | $304.69 |

*This statement is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make your loan payments. This statement should not be construed as an attempt to collect a debt or a demand for payment contrary to any protections you may have received pursuant to your bankruptcy case.*

*If your Plan requires you to make regular post-petition mortgage payments directly to the Bankruptcy Trustee, and you chose to maintain your mortgage payments, any payment should be remitted to the Trustee or otherwise in accordance with the Plan you filed with the Bankruptcy court.*

*If you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will only exercise our rights as against the property and we are not attempting any act to collect the discharged debt from you personally.*

(Keep upper portion for your records.)          12106BKRT          12106BKRT1

---

For Informational Purposes

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229

☐

Please check this box if charges are indicated on the reverse side.

**Total Payment          $29,344.72**

685 Loan Number: 5339314

Customer Service:    (800) 274-7025

WELLS FARGO HOME MORTGAGE, INC.
PO BOX 14542
DES MOINES IA  50306-3542

Please specify additional funds. Any additional funds not specified will be applied first to any outstanding charges.

| | |
|---|---|
| Monthly Payment ___ x pmt amt | $ ☐☐☐☐☐☐☐ |
| Late Charges | $ ☐☐☐☐☐☐☐ |
| Additional Principal | $ ☐☐☐☐☐☐☐ |
| Additional Escrow | $ ☐☐☐☐☐☐☐ |
| Other Charges | $ ☐☐☐☐☐☐☐ |
| Total Amount Enclosed (PLEASE DO NOT SEND CASH) | $ ☐☐☐☐☐☐☐ |

685 0005339314 4 07 00 00102239 00106329 02934472 00000000 2

Monthly Mortgage Statement 04/07/03

**WELLS FARGO HOME MORTGAGE**

Wells Fargo Home Mortgage, Inc.
PO Box 10335
Des Moines, IA 50306-0335

**Customer Service**

*Online*
yourwellsfargomortgage.com

*Phone*
(800) 274-7025

*Fax*
(704) 329-3393

*Regular mail*
P.O. Box 14542
Des Moines, IA 50306

*Overnight mail*
1 Home Campus
X2501-01F
Des Moines, IA 50328

Loan Number
5339314

## For Informational Purposes

#BWNDXCT
#688005339314040#                    000432

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229-3403

*Property address*
4404 ADELLE TERRACE
BALTIMORE  MD  21229

*Principal balance as of 04/07/03*
$112,380.29

Contact Customer Service
for your payoff balance.

## Important Messages

*If you wish not to receive a
statement, please contact us
at the number above.*

*Interest rate*
7.500%

*Interest paid - year-to-date*
$4,935.24

*Taxes paid - year-to-date*
$ .00

*Escrow balance*
$4,106.39-

| | |
|---|---:|
| Payment (Principal, Interest, Escrow) | $1,022.39 |
| Optional Product(s) | $ .00 |
| Current Monthly Payment | $1,022.39 |
| Other Payment(s) | $26,175.16 |
| Late Charges | $1,210.90 |
| Other Charges | $ .00 |
| **Total Payment 05/01/03** | **$28,408.45** |

### Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late charge | Other |
|------|-------------|-------|-----------|----------|--------|-------------|-------|
| 04/07 | PAYMENT | $1,022.39 | $107.69 | $703.05 | $211.65 | | |

*This statement is for informational purposes only and is being provided as a courtesy should you
voluntarily decide to make your loan payments. This statement should not be construed as an attempt
to collect a debt or a demand for payment contrary to any protections you may have received
pursuant to your bankruptcy case.*

*If your Plan requires you to make regular post-petition mortgage payments directly to the Bankruptcy
Trustee, and you chose to maintain your mortgage payments, any payment should be remitted
to the Trustee or otherwise in accordance with the Plan you filed with the Bankruptcy court.*

*If you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will
only exercise our rights as against the property and we are not attempting any act to collect
the discharged debt from you personally.*

(Keep upper portion for your records.)

12106BKRT        12106BKRT1

---

For Informational Purposes

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229

☐ Please check this
box if changes are
indicated on the
reverse side.

**Total Payment        $28,408.45**

685 Loan Number: 5339314

Customer Service:    (800) 274-7025

Please specify additional
funds. Any additional
funds not specified will be
applied first to any
outstanding charges.

WELLS FARGO HOME MORTGAGE, INC.
PO BOX 14542
DES MOINES IA  50306-3542

| | |
|---|---|
| Monthly Payment ____ x pmt amt | $ ☐☐☐☐☐☐☐ |
| Late Charges | $ ☐☐☐☐☐☐☐ |
| Additional Principal | $ ☐☐☐☐☐☐☐ |
| Additional Escrow | $ ☐☐☐☐☐☐☐ |
| Other Charges | $ ☐☐☐☐☐☐☐ |
| Total Amount Enclosed (PLEASE DO NOT SEND CASH) | $ ☐☐☐☐☐☐☐ |

685  0005339314  4 07 00  00102239  00106329  02840845  00000000  2

**WELLS FARGO MORTGAGE**

Wells Fargo Home Mortgage, Inc.
PO Box 10335
Des Moines, IA 50306-0335

Monthly Mortgage Statement 05/05/03

**Customer Service**

*Online*
yourwellsfargomortgage.com

*Phone*
(800) 274-7025

*Fax*
(704) 329-3393

*Loan Number*
5339314

*Regular mail*
P.O. Box 14542
Des Moines, IA 50306

*Overnight mail*
1 Home Campus
X2501-01F
Des Moines, IA 50328

**For Informational Purposes**

#BWNDXCT
#688000533931405 7#                    000366

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE   MD   21229-3403

*Property address*
4404 ADELLE TERRACE
BALTIMORE  MD  21229

*Principal balance as of 05/05/03*
$112,271.93

Contact Customer Service
for your payoff balance.

**Important Messages**

*If you wish not to receive a
statement, please contact us
at the number above.*

*Interest rate*
7.500%

*Interest paid - year-to-date*
$5,637.62

*Taxes paid - year-to-date*
$ .00

*Escrow balance*
$3,894.74-

| | |
|---|---|
| Payment (Principal, Interest, Escrow) | $1,022.39 |
| Optional Product(s) | $ .00 |
| **Current Monthly Payment** | **$1,022.39** |
| Other Payment(s) | $26,197.77 |
| Late Charges | $1,251.80 |
| Other Charges | $ .00 |
| **Total Payment 06/01/03** | **$28,471.96** |

### Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late charge | Other |
|------|-------------|-------|-----------|----------|--------|-------------|-------|
| 05/05 | PAYMENT | $1,022.69 | $108.36 | $702.38 | $211.65 | UNAPPLIED | $ .30 |

*This statement is for informational purposes only and is being provided as a courtesy should you
voluntarily decide to make your loan payments. This statement should not be construed as an attempt
to collect a debt or a demand for payment contrary to any protections you may have received
pursuant to your bankruptcy case.*

*If your Plan requires you to make regular post-petition mortgage payments directly to the Bankruptcy
Trustee, and you chose to maintain your mortgage payments, any payment should be remitted
to the Trustee or otherwise in accordance with the Plan you filed with the Bankruptcy court.*

*If you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will
only exercise our rights as against the property and we are not attempting any act to collect
the discharged debt from you personally.*

(Keep upper portion for your records.)                                12106BKRT      12106BKRT1

---

**For Informational Purposes**

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229

**Total Payment**        **$28,471.96**

[ ] Please check this
box if changes are
indicated on the
reverse side.

685 **Loan Number: 5339314**

**Customer Service:**    **(800) 274-7025**

*Please specify additional
funds not specified will be
applied first to any
outstanding charges.*

Monthly Payment    $ _____
_____ x pmt amt

Late Charges       $ _____

Additional Principal $ _____

Additional Escrow  $ _____

Other Charges      $ _____

WELLS FARGO HOME MORTGAGE, INC.
PO BOX 14542
DES MOINES IA   50306-3542

Total Amount Enclosed $ _____
(PLEASE DO NOT SEND CASH)

685 0005339314 4 07 00 00102239 00106329 02847196 00000000 3



**WELLS FARGO HOME MORTGAGE**

Wells Fargo Home Mortgage, Inc.
PO Box 10335
Des Moines, IA 50306-0335

Monthly Mortgage Statement 06/04/03

**Customer Service**

*Online*
yourwellsfargomortgage.com

*Phone*
(800) 274-7025

*Fax*
(704) 329-3393

*Loan Number*
5339314

*Regular mail*
P.O. Box 14542
Des Moines, IA 50306

*Overnight mail*
1 Home Campus
X2501-01F
Des Moines, IA 50328

## For Informational Purposes

#BWNDXCT
#688000533931406S#            000209

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229-3403

*Property address*
4404 ADELLE TERRACE
BALTIMORE  MD  21229

*Principal balance as of 06/04/03*
$112,162.89

Contact Customer Service
for your payoff balance.

## Important Messages

*If you wish not to receive a statement, please contact us at the number above.*

*Interest rate*
7.500%

*Interest paid - year-to-date*
$6,339.32

*Taxes paid - year-to-date*
$ .00

*Escrow balance*
$3,683.09-

| | |
|---|---:|
| Payment (Principal, Interest, Escrow) | $1,022.39 |
| Optional Product(s) | $ .00 |
| **Current Monthly Payment** | **$1,022.39** |
| Other Payment(s) | **$26,220.38** |
| Late Charges | **$1,251.80** |
| Other Charges | $ .00 |
| **Total Payment 07/01/03** | **$28,494.57** |

### Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late charge | Other |
|---|---|---|---|---|---|---|---|
| 06/04 | PAYMENT | $1,022.39 | $109.04 | $701.70 | $211.65 | | |
| 05/16 | PAYMENT | $333.00 | | | | UNAPPLIED | $333.00 |

*This statement is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make your loan payments. This statement should not be construed as an attempt to collect a debt or a demand for payment contrary to any protections you may have received pursuant to your bankruptcy case.*

*If your Plan requires you to make regular post-petition mortgage payments directly to the Bankruptcy Trustee, and you chose to maintain your mortgage payments, any payment should be remitted to the Trustee or otherwise in accordance with the Plan you filed with the Bankruptcy court.*

*If you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will only exercise our rights as against the property and we are not attempting any act to collect the discharged debt from you personally.*

(Keep upper portion for your records.)                 12106BKRT    12106BKRT1

---

For Informational Purposes

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229

**Total Payment        $28,494.57**

☐ Please check this box if changes are indicated on the reverse side.

685 Loan Number: 5339314

Customer Service:    (800) 274-7025

WELLS FARGO HOME MORTGAGE INC
PO BOX 14542
DES MOINES IA  50306-3542

Please specify additional funds. Any additional funds not specified will be applied first to any outstanding charges.

| | |
|---|---|
| Monthly Payment ____ x pmt amt | $ ☐☐☐☐☐☐ |
| Late Charges | $ ☐☐☐☐☐☐ |
| Additional Principal | $ ☐☐☐☐☐☐ |
| Additional Escrow | $ ☐☐☐☐☐☐ |
| Other Charges | $ ☐☐☐☐☐☐ |
| Total Amount Enclosed | $ ☐☐☐☐☐☐ |

(PLEASE DO NOT SEND CASH)

685 0005339314 4 07 00 00102239 00106329 02849457 00000000 7

Monthly Mortgage Statement 07/15/03

**WELLS FARGO HOME MORTGAGE**

Wells Fargo Home Mortgage, Inc.
Correspondence
PO Box 10335
Des Moines, IA 50306-0335

**Customer Service**

*Online*
yourwellsfargomortgage.com

*Phone*
(800) 274-7025

*Fax*
(704) 329-3393

*Loan Number*
5339314

*Regular mail*
P.O. Box 14542
Des Moines, IA 50306

*Overnight mail*
1 Home Campus
X2501-01F
Des Moines, IA 50328

**For Informational Purposes**

#BWNDXCT
#6880005339314073#                    000464

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229-3403

*Property address*
4404 ADELLE TERRACE
BALTIMORE MD 21229

*Principal balance as of 07/15/03*
   $111,942.76

Contact Customer Service
for your payoff balance.

*Interest rate*
   7.500%

*Interest paid - year-to-date*
$7,740.67

*Taxes paid - year-to-date*
$ .00

*Escrow balance*
$3,259.79-

**Important Messages**
*If you wish not to receive a statement, please contact us at the number above.*

| | |
|---|---|
| Payment (Principal, Interest, Escrow) | $1,022.39 |
| Optional Product(s) | $ .00 |
| **Current Monthly Payment** | **$1,022.39** |
| Other Payment(s) | $25,243.21 |
| Late Charges | $1,292.70 |
| Other Charges | $ .00 |
| **Total Payment 08/01/03** | **$27,558.30** |

**Activity Since Your Last Statement**

| Date | Description | Total | Principal | Interest | Escrow | Late charge | Other |
|---|---|---|---|---|---|---|---|
| 07/15 | PAYMENT | $1,022.39 | $110.41 | $700.33 | $211.65 | | |

*This statement is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make your loan payments. This statement should not be construed as an attempt to collect a debt or a demand for payment contrary to any protections you may have received pursuant to your bankruptcy case.*

*If your Plan requires you to make regular post-petition mortgage payments directly to the Bankruptcy Trustee, and you chose to maintain your mortgage payments, any payment should be remitted to the Trustee or otherwise in accordance with the Plan you filed with the Bankruptcy court.*

*If you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will only exercise our rights as against the property and we are not attempting any act to collect the discharged debt from you personally.*

(Keep upper portion for your records.)                    12106BKRT          12106BKRT1

---

For Informational Purposes

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229

☐ Please check this box if changes are indicated on the reverse side.

**Total Payment**          **$27,558.30**

685 Loan Number: 5339314

Customer Service:    (800) 274-7025

WELLS FARGO HOME MORTGAGE INC
PO BOX 14542
DES MOINES IA  50306-3542

Please specify additional funds. Any additional funds not specified will be applied first to any outstanding charges.

| | |
|---|---|
| Monthly Payment ___ x pmt amt | $ |
| Late Charges | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Other Charges | $ |
| Total Amount Enclosed | $ |

(PLEASE DO NOT SEND CASH)

685 0005339314 4 07 00 00102239 00106329 02755830 00000000 7

**Monthly Mortgage Statement** 08/12/03

**WELLS FARGO HOME MORTGAGE**

Wells Fargo Home Mortgage, Inc.
Correspondence
PO Box 10335
Des Moines, IA 50306-0335

**Customer Service**

*Online*
yourwellsfargomortgage.com

*Phone*
(800) 274-7025

*Fax*
(704) 329-3393

**For Informational Purposes**

#BWNDXCT
#6880005339314081#          000361

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229-3403

*Loan Number*
5339314

*Regular mail*
P.O. Box 14542
Des Moines, IA 50306

*Overnight mail*
1 Home Campus
X2501-01F
Des Moines, IA 50328

*Property address*
4404 ADELLE TERRACE
BALTIMORE  MD  21229

*Principal balance as of 08/12/03*
$111,831.66

Contact Customer Service
for your payoff balance.

**Important Messages**
*If you wish not to receive a
statement, please contact us
at the number above.*

*Interest rate*
7.500%

*Interest paid - year-to-date*
$8,440.31

*Taxes paid - year-to-date*
$1,100.81

*Escrow balance*
$4,148.95-

| | |
|---|---|
| Payment (Principal, Interest, Escrow) | $1,022.39 |
| Optional Product(s) | $ .00 |
| **Current Monthly Payment** | **$1,022.39** |
| Other Payment(s) | $25,265.82 |
| Late Charges | $1,333.60 |
| Other Charges | $ .00 |
| **Total Payment 09/01/03** | **$27,621.81** |

**Activity Since Your Last Statement**

| Date | Description | Total | Principal | Interest | Escrow | Late charge | Other |
|---|---|---|---|---|---|---|---|
| 08/12 | PAYMENT | $1,022.39 | $111.10 | $699.64 | $211.65 | | |
| 07/24 | CITY TAX PMT | $1,100.81- | | | $1,100.81- | | |

*This statement is for informational purposes only and is being provided as a courtesy should you
voluntarily decide to make your loan payments. This statement should not be construed as an attempt
to collect a debt or a demand for payment contrary to any protections you may have received
pursuant to your bankruptcy case.*

*If your Plan requires you to make regular post-petition mortgage payments directly to the Bankruptcy
Trustee, and you chose to maintain your mortgage payments, any payment should be remitted
to the Trustee or otherwise in accordance with the Plan you filed with the Bankruptcy court.*

*If you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will
only exercise our rights as against the property and we are not attempting any act to collect
the discharged debt from you personally.*

(Keep upper portion for your records.)          12106BKRT          12106BKRT1

For Informational Purposes

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229

Please check this
box if changes are
indicated on the
reverse side.

**Total Payment**          **$27,621.81**

685 Loan Number: 5339314

Customer Service:  (800) 274-7025

WELLS FARGO HOME MORTGAGE INC
PO BOX 14542
DES MOINES IA  50306-3542

Please specify additional
funds. Any additional
funds not specified will be
applied first to any
outstanding charges.

| | |
|---|---|
| Monthly Payment ___ x pmt amt | $ |
| Late Charges | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Other Charges | $ |
| Total Amount Enclosed (PLEASE DO NOT SEND CASH) | $ |

685 0005339314 4 07 00 00102239 00106329 02762181 00000000 6

Monthly Mortgage Statement 09/29/03

Wells Fargo Home Mortgage, Inc.
Correspondence
PO Box 10335
Des Moines, IA 50306-0335

**Customer Service**

*Online*
yourwellsfargomortgage.com

*Phone*
(800) 274-7025

*Fax*
(704) 329-3393

*Loan Number*
5339314

*Regular mail*
P.O. Box 14542
Des Moines, IA 50306

*Overnight mail*
1 Home Campus
X2501-01F
Des Moines, IA 50328

**For Informational Purposes**

#BWNDXCT
#6880005339314099#                    000274

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229-3403

*Property address*
4404 ADELLE TERRACE
BALTIMORE  MD  21229

*Principal balance as of 09/29/03*
$111,719.87

Contact Customer Service
for your payoff balance.

**Important Messages**
*If you wish not to receive a statement, please contact us at the number above.*

*Interest rate*
7.500%

*Interest paid - year-to-date*
$9,139.26

*Taxes paid - year-to-date*
$1,100.81

*Escrow balance*
$3,937.30-

| | |
|---|---|
| Payment (Principal, Interest, Escrow) | $1,022.39 |
| Optional Product(s) | $ .00 |
| **Current Monthly Payment** | **$1,022.39** |
| Other Payment(s) | $25,288.43 |
| Late Charges | $1,415.40 |
| Other Charges | $ .00 |
| **Total Payment 10/01/03** | **$27,726.22** |

**Activity Since Your Last Statement**

| Date | Description | Total | Principal | Interest | Escrow | Late charge | Other |
|------|-------------|-------|-----------|----------|--------|-------------|-------|
| 09/29 | PAYMENT | $1,022.39 | $111.79 | $698.95 | $211.65 | | |

*This statement is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make your loan payments. This statement should not be construed as an attempt to collect a debt or a demand for payment contrary to any protections you may have received pursuant to your bankruptcy case.*

*If your Plan requires you to make regular post-petition mortgage payments directly to the Bankruptcy Trustee, and you chose to maintain your mortgage payments, any payment should be remitted to the Trustee or otherwise in accordance with the Plan you filed with the Bankruptcy court.*

*If you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will only exercise our rights as against the property and we are not attempting any act to collect the discharged debt from you personally.*

(Keep upper portion for your records.)                    12106BKRT        12106BKRT1

---

For Informational Purposes

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229

Please check this box if changes are indicated on the reverse side.

**Total Payment        $27,726.22**

685 Loan Number: 5339314

Customer Service:    (800) 274-7025

Please specify additional funds. Any additional funds not specified will be applied first to any outstanding charges.

| | |
|---|---|
| Monthly Payment _____ x pmt amt | $ |
| Late Charges | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Other Charges | $ |
| Total Amount Enclosed | $ |

(PLEASE DO NOT SEND CASH)

WELLS FARGO HOME MORTGAGE INC
PO BOX 14542
DES MOINES IA  50306-3542

685 0005339314 4 07 00 00102239 00106329 02772622 00000000 7

**WELLS FARGO HOME MORTGAGE**

Wells Fargo Home Mortgage, Inc.
Correspondence
PO Box 10335
Des Moines, IA 50306-0335

**Monthly Mortgage Statement 10/14/03**

**Customer Service**

*Online*
yourwellsfargomortgage.com

*Loan Number*
5339314

*Phone*
(800) 274-7025

*Regular mail*
P.O. Box 14542
Des Moines, IA 50306

*Fax*
(704) 329-3393

*Overnight mail*
1 Home Campus
X2501-01F
Des Moines, IA 50328

## For Informational Purposes

#BWNDXCT
#6880005339314107#                    000550

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229-3403

*Property address*
4404 ADELLE TERRACE
BALTIMORE  MD 21229

*Principal balance as of 10/14/03*
$111,607.38

Contact Customer Service
for your payoff balance.

## Important Messages

*If you wish not to receive a
statement, please contact us
at the number above.*

*Interest rate*
7.500%

*Interest paid - year-to-date*
$9,837.51

*Taxes paid - year-to-date*
$1,100.81

*Escrow balance*
$3,725.65-

| | |
|---|---:|
| Payment (Principal, Interest, Escrow) | $1,022.39 |
| Optional Product(s) | $ .00 |
| **Current Monthly Payment** | **$1,022.39** |
| Other Payment(s) | **$25,311.04** |
| Late Charges | **$1,415.40** |
| Other Charges | $ .00 |
| **Total Payment 11/01/03** | **$27,748.83** |

### Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late charge | Other |
|---|---|---|---|---|---|---|---|
| 10/14 | PAYMENT | $1,022.39 | $112.49 | $698.25 | | $211.65 | |

*This statement is for informational purposes only and is being provided as a courtesy should you
voluntarily decide to make your loan payments. This statement should not be construed as an attempt
to collect a debt or a demand for payment contrary to any protections you may have received
pursuant to your bankruptcy case.*

*If your Plan requires you to make regular post-petition mortgage payments directly to the Bankruptcy
Trustee, and you chose to maintain your mortgage payments, any payment should be remitted
to the Trustee or otherwise in accordance with the Plan you filed with the Bankruptcy court.*

*If you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will
only exercise our rights as against the property and we are not attempting any act to collect
the discharged debt from you personally.*

---

(Keep upper portion for your records.)                    12106BKRT    12106BKRT

For Informational Purposes

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229

**Total Payment        $27,748.83**

[ ] Please check this
box if changes are
indicated on the
reverse side.

685 **Loan Number:** 5339314

**Customer Service:**    (800) 274-7025

WELLS FARGO HOME MORTGAGE INC
PO BOX 14542
DES MOINES IA  50306-3542

Please specify additional
funds. Any additional
funds not specified will be
applied first to any
outstanding charges.

| | |
|---|---|
| Monthly Payment ___ x pmt amt | $ |
| Late Charges | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Other Charges | $ |
| Total Amount Enclosed (PLEASE DO NOT SEND CASH) | $ |

685 0005339314 4 07 00 00102239 00106329 02774883 00000000 3

**WELLS FARGO HOME MORTGAGE**

Wells Fargo Home Mortgage, Inc.
Correspondence
PO Box 10335
Des Moines, IA 50306-0335

Monthly Mortgage Statement 11/13/03

**Customer Service**

*Online*
yourwellsfargomortgage.com

*Phone*
(800) 274-7025

*Fax*
(704) 329-3393

*Loan Number*
5339314

*Regular mail*
P.O. Box 14542
Des Moines, IA 50306

*Overnight mail*
1 Home Campus
X2501-01F
Des Moines, IA 50328

**For Informational Purposes**

#BWNDXCT
#688000533931411 5#

CT
000238

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229-3403

*Property address*
4404 ADELLE TERRACE
BALTIMORE  MD 21229

*Principal balance as of 11/13/03*
$111,494.19

Contact Customer Service
for your payoff balance.

**Important Messages**

*If you wish not to receive a
statement, please contact us
at the number above.*

*Interest rate*
7.500%

*Interest paid – year-to-date*
$10,535.06

*Taxes paid – year-to-date*
$1,100.81

*Escrow balance*
$3,514.00-

| | |
|---|---:|
| Payment (Principal, Interest, Escrow) | $1,022.39 |
| Optional Product(s) | $ .00 |
| **Current Monthly Payment** | **$1,022.39** |
| Other Payment(s) | $25,333.65 |
| Late Charges | $1,456.30 |
| Other Charges | $ .00 |
| **Total Payment 12/01/03** | **$27,812.34** |

Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late charge | Other |
|---|---|---|---|---|---|---|---|
| 11/13 | PAYMENT | $1,022.39 | $113.19 | $697.55 | $211.65 | | |

*This statement is for informational purposes only and is being provided as a courtesy should you
voluntarily decide to make your loan payments. This statement should not be construed as an attempt
to collect a debt or a demand for payment contrary to any protections you may have received
pursuant to your bankruptcy case.*

*If your Plan requires you to make regular post-petition mortgage payments directly to the Bankruptcy
Trustee, and you chose to maintain your mortgage payments, any payment should be remitted
to the Trustee or otherwise in accordance with the Plan you filed with the Bankruptcy court.*

*If you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will
only exercise our rights as against the property and we are not attempting any act to collect
the discharged debt from you personally.*

(Keep upper portion for your records.)

12106BKRT    12106BKRT1

For Informational Purposes

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229

☐

Please check this
box if changes are
indicated on the
reverse side.

**Total Payment**      $27,812.34

685 Loan Number: 5339314

Customer Service:     (800) 274-7025

WELLS FARGO HOME MORTGAGE INC
PO BOX 14542
DES MOINES IA  50306-3542

Please specify additional
funds. Any additional
funds not specified will be
applied first to any
outstanding charges.

| | |
|---|---|
| Monthly Payment ___ x pmt amt | $ ☐☐☐☐☐☐ |
| Late Charges | $ ☐☐☐☐☐☐ |
| Additional Principal | $ ☐☐☐☐☐☐ |
| Additional Escrow | $ ☐☐☐☐☐☐ |
| Other Charges | $ ☐☐☐☐☐☐ |
| Total Amount Enclosed | $ ☐☐☐☐☐☐☐ |

(PLEASE DO NOT SEND CASH)

685 0005339314 4 07 00 00102239 00106329 02781234 00000000 0

Monthly Mortgage Statement 01/14/04

| | |
|---|---|
| **WELLS | HOME**<br>**FARGO | MORTGAGE** | Wells Fargo Home Mortgage, Inc.<br>Correspondence<br>PO Box 10335<br>Des Moines, IA 50306-0335 |

**Customer Service**

*Online*
yourwellsfargomortgage.com

*Phone*
(800) 274-7025

*Fax*
(704) 329-3393

*Loan Number*
5339314

*Regular mail*
P.O. Box 14542
Des Moines, IA 50306

*Overnight mail*
1 Home Campus
X2501-01F
Des Moines, IA 50328

**For Informational Purposes**

#BWNDXCT
#6880005339314016#        P        000155

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229-3403

*Property address*
4404 ADELLE TERRACE
BALTIMORE  MD 21229

*Principal balance as of 01/14/04*
$111,380.29

Contact Customer Service
for your payoff balance.

**Important Messages**
*If you wish not to receive a
statement, please contact us
at the number above.*

*Interest rate*
7.500%

*Interest paid – year-to-date*
$696.84

*Taxes paid – year-to-date*
$ .00

*Escrow balance*
$5,007.09-

| | |
|---|---:|
| Payment (Principal, Interest, Escrow) | **$1,022.39** |
| Optional Product(s) | $ .00 |
| **Current Monthly Payment** | **$1,022.39** |
| Other Payment(s) | $26,378.65 |
| Late Charges | **$1,538.10** |
| Other Charges | $ .00 |
| **Total Payment 02/01/04** | **$28,939.14** |

**Activity Since Your Last Statement**

| Date | Description | Total | Principal | Interest | Escrow | Late charge | Other |
|---|---|---|---|---|---|---|---|
| 01/14 | PAYMENT | | $113.90 | $696.84 | $211.65 | UNAPPLIED | $1,022.39- |
| 01/13 | PAYMENT | $122.36 | | | | UNAPPLIED | $122.36 |

*This statement is for informational purposes only and is being provided as a courtesy should you
voluntarily decide to make your loan payments. This statement should not be construed as an attempt
to collect a debt or a demand for payment contrary to any protections you may have received
pursuant to your bankruptcy case.*

*If your Plan requires you to make regular post-petition mortgage payments directly to the Bankruptcy
Trustee, and you chose to maintain your mortgage payments, any payment should be remitted
to the Trustee or otherwise in accordance with the Plan you filed with the Bankruptcy court.*

*If you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will
only exercise our rights as against the property and we are not attempting any act to collect
the discharged debt from you personally.*

*(Keep upper portion for your records.)*

12106BKRT        121088KRT1

---

For Informational Purposes

WILLIAM A DORSEY
ANGELA D DORSEY
4404 ADELLE TERRACE
BALTIMORE  MD  21229

☐

Please check this
box if changes are
indicated on the
reverse side.

**Total Payment        $28,939.14**

685 Loan Number: 5339314

Customer Service:     (800) 274-7025

WELLS FARGO HOME MORTGAGE INC
PO BOX 14542
DES MOINES IA  50306-3542

Please specify additional
funds. Any additional
funds not specified will be
applied first to any
outstanding charges.

| | |
|---|---|
| Monthly Payment ___ x pmt amt | $☐☐☐☐☐☐ |
| Late Charges | $☐☐☐☐☐☐ |
| Additional Principal | $☐☐☐☐☐☐ |
| Additional Escrow | $☐☐☐☐☐☐ |
| Other Charges | $☐☐☐☐☐☐ |
| Total Amount Enclosed<br>(PLEASE DO NOT SEND CASH) | $☐☐☐☐☐☐ |

685  0005339314  4  07  00  00102239  00106329  02893914  02740104  3