UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. DORSEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE VETERANS ADMINISTRATION,<br><br>　　　　　Defendant. | Civil Action 05-01144  (HHK) |

## ORDER

The court denied plaintiff William Dorsey's motion for a temporary restraining order in the above-referenced case on June 13, 2005.  Since that time, plaintiff has done nothing further to prosecute this case.  Accordingly, it is this 2nd day of June 2006, hereby

**ORDERED** that this case is **DISMISSED** without prejudice for failure to prosecute pursuant to Local Civil Rule 83.23.

　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge